William E. Mason, Executor, Appellee, v. Susan Kobliska et al., on appeal of James H. Hooper and Ona A. Hooper, Appellants.

Gen. No. 19,970. (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. JOHN GIBBONS, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1913. Affirmed. Opinion filed December 22, 1914. Rehearing denied January 5, 1915.

### Statement of the Case.

Bill for foreclosure by William E. Mason, executor, against Susan Kobliska and others, alleging as a ground for declaring the whole indebtedness due that taxes legally levied were not paid and that the premises were sold for said taxes, and that there had been no redemption from the sale. The usual form of a foreclosure decree was entered upon a master's report recommending such decree, and James H. Hooper and Ona A. Hooper appealed.

JAMES H. HOOPER, pro se.

A. G. DICUS, for appellant Ona A. Hooper.

CHARLES E. POPE, for appellee.

MR. JUSTICE SMITH delivered the opinion of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 943*—when party cannot object to record. On appeal from a foreclosure decree, a contention that no evidence is contained in the record showing a tax sale or deed on the mortgaged property, warranting foreclosure cannot be sustained

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly; same topic and section number.

CHICAGO—FIRST DISTRICT—DECEMBER, 1914.    179

Jarnecke v. Chicago Consolidated Trac. Co., 190 Ill. App. 179.

where it appears that the appellee was not afforded an opportunity to supply such defect, and where a transcript of additional parts of the record was filed subsequent to the filing of briefs showing the tax sale.

2. MORTGAGES, § 394*—*what is sufficient election to declare whole debt due.* The determination of a holder of notes to file a bill for the foreclosure of a trust deed for the entire indebtedness, and the preparation and filing of such bill, is a sufficient election to declare the whole sum due, and to entitle him to maintain the bill.